1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
2  Including Professional Corporations
   PETER H. KLEE, Cal Bar No. 111707
3  pklee@sheppardmullin.com
   JOHN D. EDSON, Cal Bar No. 185709
4  jedson@sheppardmullin.com
   501 West Broadway, 18th Floor
5  San Diego, California 92101-3598
   Telephone:  619.338.6500
6  Facsimile:   619.234.3815

7  Attorneys for Allstate Insurance Company

8

9              UNITED STATES DISTRICT COURT

10     CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

11

| | |
|---|---|
| 12  BIN YANG, | Case No. 2:23-cv-03016-GW-PD |
| 13          Plaintiff, | The Hon. George H. Wu <br> Courtroom 9D |
| 14       v. | Magistrate Judge Patricia Donahue <br> Courtroom 580 |
| 15  ALLSTATE INSURANCE <br> COMPANY, | **ALLSTATE INSURANCE COMPANY'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT** |
| 16          Defendant. | |
| 17 | |
| 18 | |
| 19 | Date:     December 21, 2023 <br> Time:     8:30 a.m. <br> Crtrm:   9D |
| 20 | |
| 21 | Complaint Filed:     January 26, 2023 <br> Trial Date:             January 16, 2024 |
| 22 | |

23

24

25

26

27

28

**TO PLAINTIFF IN PRO PER:**

**PLEASE TAKE NOTICE** that on December 21, 2023, at 8:30 a.m., or as soon thereafter as this matter may be heard in Courtroom 9D of the above-entitled court, located at 350 West 1st Street, 9th Floor, Los Angeles, CA, 90012, Defendant Allstate Insurance Company ("Allstate") will and hereby does move for full summary judgment, or alternatively, summary adjudication regarding the operative Complaint ("Complaint") filed by Plaintiff Bin Yang on the grounds:

Motion for Summary Judgment Issue No. 1.  Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Allstate's Affirmative Defense No. 3.  Allstate has paid the policy limits, and Yang did not identify her damages in her Rule 26 disclosures.  In the alternative, Allstate seeks partial summary judgment on the breach of contract claim.

Motion for Summary Judgment Issue No. 2.  In the alternative, pursuant to Rule 56 of the Federal Rules of Civil Procedure and Allstate's Affirmative Defense No. 11, Yang breached her policy cooperation requirements because she failed to fully cooperate with Allstate's record requests before suing Allstate.  In the alternative, Allstate seeks partial summary judgment on the breach of contract claim.

Alternatively, Motion for Partial Summary Judgment Issue No. 1.  In the alternative, pursuant to Rule 56 of the Federal Rules of Civil Procedure, Allstate will and hereby does move for partial summary judgment regarding Yang's "Insurance Bad Faith" cause of action.  A genuine legal dispute existed regarding coverage based upon Yang's failure to cooperate and her misrepresentations and / or concealments of material facts.  In the alternative, Yang cannot establish that Allstate withheld benefits unreasonably or without proper cause.

Alternatively, Motion for Partial Summary Judgment Issue No. 2.  In the alternative, pursuant to Rule 56 of the Federal Rules of Civil Procedure, Allstate will and hereby does move for partial summary judgment on the following issue

-1-

1  regarding Yang's claim for punitive damages.  There is no clear and convincing

2  evidence of fraud, oppression, or malice.  Nor is there evidence that an officer,

3  director, or managing agent authorized or ratified the allegedly malicious conduct.

4       This motion is made following the pre-filing conference of counsel for

5  Allstate and Plaintiff in Pro Per, pursuant to **Local Rule 7-3,** which was held on

6  November 1, 2023, November 2, 2023, and November 10, 2023.   The pre-filing

7  conference between Allstate's counsel and Plaintiff was unsuccessful in resolving

8  the case.  (Edson Dec. ¶ 12)

9       This motion is made pursuant to Rule 56 of the Federal Rules of Civil

10  Procedure and is based on this Notice of Motion and Motion; the accompanying

11  Memorandum of Points and Authorities; the accompanying Separate Statement of

12  Uncontroverted Facts; the accompanying Notice of Filing of Exhibits and the

13  exhibits thereto; the accompanying declarations of Mechelle Sepulveda, Ani

14  Garibyan and John Edson and the exhibits to the Notice of Filing of Exhibits; the

15  papers and pleadings on file in this action, and such further oral or written argument

16  or evidence as may be presented prior to or at the hearing on this motion.

17

18  Dated:  November 21, 2023   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

19

20                By             *s/ John D. Edson*

21                       JOHN D. EDSON

22                 Attorneys for Allstate Insurance Company

23

24

25

26

27

28

SMRH:4876-0626-3949.1   ALLSTATE'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT