# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bin Yang,<br><br>　　　　　Plaintiff(s),<br><br>　　v.<br><br>Allstate Insurance Company,<br><br>　　　　　Defendant(s). | No. CV 23-3016-GW-PDx<br><br>**Standing Order Re Summary Judgment Motions** |

1. You are instructed to read and to follow the requirements in Fed. R. Civ. P. 56 and Central District of California Local Rules 56-1 through 56-3.

2. A moving party who files a reply/response to an opposition to a motion for summary judgment (where the opposing party has filed a "Statement of Genuine Disputes") shall file a "Response to Statement of Genuine Disputes" using the format delineated below. Said Response will include each initially designated uncontroverted fact (and supporting evidence), and, if the opposing party has raised a dispute to the moving party's fact, the moving party's response (and any supporting evidence) to rebut the opposing party's contentions. For example:

| Moving Party's Uncontroverted Facts and Supporting Evidence | Opposing Party's Response to Cited Fact and Supporting Evidence |
|---|---|
| 1. The accident occurred on June 1, 2013, at 1:30 p.m.<br><br>*Evidence*: Deposition of Defendant at page 5; Declaration of Witness A at ¶ 3. | 1. Undisputed |

| 2. The signal light was green in Defendant's direction when she entered into the intersection and immediately before Plaintiff's vehicle "ran" the red light and struck Defendant's truck.<br><br>*Evidence*: 6/3/13 Deposition of Defendant at page 6. | 2. Disputed.<br>    Immediately before the accident, the light was green in Plaintiff's direction and Defendant ran the red light.<br><br>*Evidence*: 6/8/13 Deposition of Plaintiff at page 10. |
|---|---|
| 2. Moving Party's Response<br><br>    On Page 10 of his deposition, Plaintiff merely states that he "believes" the light was green when he drove into the intersection.  Also, on page 12, he admits that he had consumed ten bottles of beer within one hour before the accident.  Further, in the police report prepared at the scene by Officer Green within one half hour of the accident, Plaintiff admitted that he couldn't recall if the light was green when he entered into the intersection. *See* page 3 of Police Report No. A473501, attached as exhibit 101 to Defendant's 6/3/13 Deposition. ||

3.  Any evidentiary objections to materials filed in connection with summary judgment motions (for which a party desires the Court to specifically make a ruling) shall be delineated in a separate document (or documents) entitled "Request for Evidentiary Ruling on Specified Objections."  Each objection shall: (1) cite to the evidentiary item and state its precise location by document name and Docket Number plus the page and line(s) where it appears, and (2) concisely articulate the bases for the objection(s).  Objections will only be raised as to evidence (not to factual statements or factual characterizations in the opposing party's brief(s)).  The Court will disregard any evidentiary objection(s) that do not comply with this instruction.

**IT IS SO ORDERED.**

DATED: November 21, 2023

_____
GEORGE H. WU
United States District Judge

2