SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
PETER H. KLEE, Cal Bar No. 111707
pklee@sheppardmullin.com
JOHN D. EDSON, Cal Bar No. 185709
jedson@sheppardmullin.com
501 West Broadway, 18th Floor
San Diego, California 92101-3598
Telephone:  619.338.6500
Facsimile:   619.234.3815

Attorneys for Allstate Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BIN YANG,<br><br>         Plaintiff,<br><br>    v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>         Defendant. | Case No. CV 23-3016-GW-PDx<br><br>The Hon. George H. Wu<br>Courtroom 9D<br><br>Magistrate Judge Patricia Donahue<br>Courtroom 580<br><br>**AMENDED JUDGMENT**<br><br>Complaint Filed:    January 26, 2023 |

# JUDGMENT

Having granted Defendant Allstate Insurance Company's ("Allstate") Motion for Summary Judgment or, Alternatively, Partial Summary Judgment [Dkt. 23]:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. Judgment is entered in Allstate's favor and against Plaintiff Bin Yang ("Plaintiff"). Plaintiff's case is dismissed and judgment will be entered in Allstate's favor.;

2. Allstate is awarded costs in the amount of $12,272.37 [Dkt. 70].

**IT IS SO ORDERED.**

Dated: February 28, 2024

_____
HON. GEORGE H. WU,
United States District Judge